NATIONAL STATE BANK OF ELIZABETH, appellant,

v.

ELLIS L. FOSTER, respondent.

[Decided March 1st, 1920.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, who filed the following opinion:

This is a creditor's bill. The defendant, Ellis L. Foster, sold his farm and the grantee made a mortgage to him to secure a part of the price, which mortgage Foster assigned to his wife. Foster had, prior to this sale, endorsed the notes of a corporation called the Sands-Kline Company, and upon these complainant has recovered judgment against both maker and endorsers. The case comes within the rule laid down by the court of errors and appeals in *Severs* v. *Dodson*, 53 N. J. Eq. 633; for the evidence fails to show actual fraud and, according to the opinion in that case, we are not at liberty, in a case circumstanced like the present, to infer constructive fraud merely from the fact of a voluntary conveyance. The additional evidence taken after I had indicated my opinion orally does not change it. In fact, this evidence shows that the bank accepted defendant's re-endorsements after it had notice of the sale. If there is to be any modification of the rule in the case of a stockholder endorsing for a corporation, it must come from the court of errors and appeals and not from this court.

*Messrs. King & Vogt,* for the appellant.

*Messrs. Vreeland & Wilson,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—14.

*For reversal*—None.